Certificate Number: 05781-VAE-DE-037220187

Bankruptcy Case Number: 17-31435



05781-VAE-DE-037220187

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2023, at 3:22 o'clock PM PST, Curnell Westbrook completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: February 28, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President